## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**FREDDY WALLS**                                                                                              **PETITIONER**

**VS.**              **CASE NO. 5:05CV00068 SWW/HDY**

**LARRY NORRIS, Director of the**
**Arkansas Department of Correction**                                              **RESPONDENT**

## JUDGMENT

In accordance with the Court's Order entered this date, judgment is hereby entered dismissing this petition for writ of habeas corpus. The relief sought is denied.

IT IS SO ORDERED 15th day of August, 2005.

/s/Susan Webber Wright
United States District Judge